IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00021-MR-WCM

| | |
|---|---|
| JESSICA GARRETT ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC, TRANS UNION, LLC, and ) | |
| PENNSYLVANIA HIGHER ) | |
| EDUCATION ASSISTANCE AGENCY ) | |
| *doing business as* Fedloan Servicing ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 2) filed by C. Randolph Emory. The Motion indicates that Mr. Emory, a member in good standing of the Bar of this Court, is local counsel for Jessica Garrett and that he seeks the admission of Nakicha Joseph, who the Motion represents as being a member in good standing of the Bar of the State of New Jersey. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 2) and **ADMITS** Nakicha Joseph to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 26, 2021

*[Signature]*

W. Carleton Metcalf
United States Magistrate Judge